UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Case No. 1:14-cr-214-20 |
| Plaintiff, : | |
| : | |
| vs. : | ORDER |
| : | |
| RUDIUS BROWN, : | |
| : | |
| : | |
| Defendant. : | |

------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Rudius Brown moved for a sentence reduction under the compassionate-release statute.[1] Brown's motion argued, in part, that a nonretroactive sentencing-law change presented an extraordinary and compelling reason for relief.

When Brown filed his motion, the Sixth Circuit had issued conflicting decisions about whether district courts could consider nonretroactive sentencing-law changes when deciding compassionate-release motions.[2] But the en banc Sixth Circuit appeared ready to resolve the intracircuit split in *United States v. McCall*.[3]

On September 13, 2022, the Court granted the Government's motion to hold Brown's motion in abeyance pending the Sixth Circuit's *McCall* decision.[4]

On December 22, 2022, the Sixth Circuit issued its *McCall* decision.[5] The en banc court held that nonretroactive sentencing-law changes do not provide extraordinary and compelling reasons to grant compassionate release.[6]

---

[1] Doc. 1326. Defendant later supplemented his pro se motion. Doc. 1335.
[2] *See United States v. McCall*, 21-3400, 2022 WL 17843865, at *2 (6th Cir. Dec. 22, 2022) (describing the split).
[3] *United States v. McCall*, 29 F.4th 816 (6th Cir. 2022) (mem.) (granting rehearing en banc).
[4] Doc. 1338.
[5] *McCall*, 2022 WL 17843865 (6th Cir. Dec. 22, 2022).
[6] *McCall*, 2022 WL 17843865, at *5–11 (6th Cir. Dec. 22, 2022)

Case No. 1:97-cr-00090
Gwin, J.

Now, the Court **LIFTS THE STAY** on Brown's motion and **ORDERS** the Government to respond to Brown's motion within 21 days of this order. The Court further **ORDERS** Brown to file any reply within 14 days of the Government's response.

IT IS SO ORDERED.

Dated: December 29, 2022          *s/ James S. Gwin*
                                                         JAMES S. GWIN
                                                         UNITED STATES DISTRICT JUDGE